IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH JOSEPH WOODARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC and NAVIENT CREDIT FINANCE CORPORATION,<br><br>Defendants. | 8:23CV301<br><br>ORDER |

    This matter is before the Court on the Findings and Recommendations of the bankruptcy court[1] (Filing No. 1) recommending this Court withdraw the reference of Adversary Proceeding No. 21-8023-TLS pursuant to 28 U.S.C. § 157(d). More precisely, the bankruptcy court recommends the Court grant the parties' Joint Motion to Withdraw the Reference (Filing No. 94 in Adv. Proc. No. 21-8023-TLS), withdraw the reference, "and proceed with final approval of the parties' class action settlement."

    Having carefully reviewed the parties' joint motion and the bankruptcy court's thorough reasoning, the Court finds good cause to adopt the bankruptcy court's Findings and Recommendations and grant the motion. *See* 28 U.S.C. § 157(d); NEGenR Rule 1.5(b). Accordingly,

IT IS ORDERED:

1. The bankruptcy court's Findings and Recommendations (Filing No. 1) are adopted.

---

[1] The Honorable Thomas L. Saladino, Chief United States Bankruptcy Judge for the District of Nebraska.

2

2. The parties' Joint Motion to Withdraw the Reference to the bankruptcy court is granted.

3. The reference of Adversary Proceeding No. 21-8023-TLS is withdrawn.

4. The hearing on final approval of the class action settlement in this matter is set for December 8, 2023, at 1:30 p.m.

5. The motion for final approval of the class action settlement shall be filed fourteen days before the date of the hearing on final approval.

6. Any response to the motion for final approval shall be filed seven days before the date of the hearing on final approval.

Dated this 24th day of July 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge