IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH JOSEPH WOODARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC and NAVIENT CREDIT FINANCE CORPORATION,<br><br>Defendants. | 8:23CV301<br><br>ORDER AS TO<br>ATTORNEY FEES, EXPENSES,<br>ADMINISTRATIVE COSTS, AND<br>CLASS REPRESENTATIVE AWARDS |

Consistent with the Memorandum and Order entered on January 9, 2024[1] (Filing No. 38):

**1. Attorney Fees.** The Court awards attorney fees to Class Counsel in the amount of ten million, seven-hundred-and-fifty thousand dollars ($10,750,000), which is to be paid from the common fund to Jones Swanson Huddell LLC ("Jones Swanson"). Jones Swanson shall allocate the attorney fees solely to Class Counsel (and to no other firm or individual) in a manner in which it in good faith believes reflects the contributions of itself and other Class Counsel to the initiation, prosecution, and resolution of the Litigation.

**2. Litigation Expenses.** The Court awards the reimbursement of litigation expenses from the common fund to Class Counsel in the amount of eighty-six thousand, five hundred sixty-two dollars and seventy-six cents ($86,562.76), representing actual expenses reasonably incurred by Class Counsel, and necessary for the prosecution of this

---

[1]This Order incorporates by reference the definitions in the parties' Stipulation of Settlement (Bankr. D. Neb. Case No. 21-08023-TLS, Filing No. 77-3), and all capitalized terms used, but not defined herein, have the same meanings as in the settlement.

class action. These litigation expenses shall be paid from the common fund to Jones Swanson, which shall allocate the litigation expenses solely to Class Counsel (and to no other firm or individual) in the amounts each firm has expended, as reflected in the Declarations in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards (Filing No. 13, Exhibits D-G).

**3. Notice and Administrative Costs**. The Court awards the reimbursement of Notice and Administrative Costs from the common fund to the Settlement Administrator in the amount of five-hundred thousand dollars ($500,000). These Notice and Administrative Costs shall be paid from the common fund to Jones Swanson, which shall then administer them solely to the Settlement Administrator.

**4. Class-Representative Service Awards**. The Court awards Kenneth Joseph Woodard and the following Class Representatives and lead plaintiffs Stephanie Mazloom, Kelly K. Coyle, Oscar D. Teran, Michael Shahbazi, and Robert and Molly Crandall (together) in the related actions fifteen thousand dollars ($15,000) each as class-representative service awards for their substantial participation in their respective lawsuits, which ultimately led to the Settlement being effected through this action.

IT IS SO ORDERED.

Dated this 11th day of January 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge